JS - 6

**FILED: 8/5/14**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Stanley H. Epstein,* | CASE NO. CV 13-8728-GHK (CWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| *Sylvia M. Burwell*, | |
| Defendant. | |

Pursuant to the Court's August 5, 2014 Order, IT IS HEREBY ADJUDGED that Plaintiff's Complaint against Defendant Sylvia M. Burwell, Secretary of the Department of Health and Human Services, is **DISMISSED for lack of subject matter jurisdiction**.

**IT IS SO ORDERED**.

DATED: August 5, 2014

_____
GEORGE H. KING
Chief United States District Judge